DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: HECTOR NAVARRO SANTOS & IRMA L NAVARRO

Debtors.

Case No.: 09-12164 AJ-13

ORDER DISMISSING PROCEEDINGS

This matter having come on regularly for hearing on October 19, 2009 and

( ) the debtor(s) having failed to appear

(x) the debtor(s) having failed to remit the required plan payments to the Trustee

( ) it appearing that the debtor(s) are not eligible for Chapter 13

( ) it appearing that the debtor(s) can not propose a confirmable Plan

( ) the debtor(s) having voluntarily requested dismissal

( ) the debtor(s) having failed to provide proof of liability insurance

**IT IS ORDERED** that the case be and hereby is dismissed under Title 11 of the United States Code.

**IT IS FURTHER ORDERED** that any restraining orders heretofore entered in these proceedings be and hereby are vacated.

Date: 11/2/2009

**Alan Jaroslovsky**, Judge
U.S. Bankruptcy Court